IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.   3:12-CR-317-L |
| | § | |
| BARRETT LANCASTER BROWN | § | |

GOVERNMENT'S MOTION TO DISMISS
MOTION TO INTERVENE AND QUASH SUBPOENA

The United States, by and through the undersigned Assistant United States

Attorney, respectfully files this Motion to Dismiss the Motion to Intervene and Quash

Subpoena, for the following reasons:

The attorney filing the Motion, Jason Flores-Williams, is not licensed in the State of

Texas or admitted to practice in the Northern District of Texas.

Mr. Flores-Williams has not complied with LCrR 57.9 and 57.10, that being, prior

to filing his Motion to Intervene and Quash Subpoena, Mr. Flores-Williams (1) did not

seek the permission of the presiding judge to practice in this district (LCrR 57.9(a)); (2) did

not apply for admission *pro hac vice* or pay the applicable fee to the clerk (LCrR 57.9(b));

and (3) has not identified local counsel or requested an exemption from that requirement

(LCrR 57.10 and 57.11).

Further, Mr. Flores-Williams did not comply in good faith with LCrR 47.1, that

being, prior to filing his Motion to Intervene and Quash Subpoena, Mr. Flores-Williams

**Motion to Dismiss - Page 1**

failed to conference the government, and failed to explain why it was not possible to confer with the government (LCrR 47.1(b)(3)).   Pursuant to LCrR 47.1(h), a conference is required for any motion to quash.

In the event the government's Motion to Dismiss is denied, the government reserves the right to respond to the merits of the Motion to Intervene and Quash Subpoena.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*S/ Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas    75242
Tel:    214.659.8600
Fax: 214.658.8812
candina.heath@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to Brown's attorney of record Doug Morris who consented in writing to accept this Notice as service of this document by electronic means.   I also faxed this Motion to Jason Flores-Williams, Esq. at

*S/ Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney

**Motion to Dismiss - Page 2**