IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:12-CR-317-L |
| | § | No. 3:12-CR-413-L |
| BARRETT LANCASTER BROWN | § | No. 3:13-CR-030-L |

GOVERNMENT'S EXHBIT LIST (HEARING 9/4/2013)

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | One disk containing selected telephone calls from Brown from Mansfield, from February 2013 through August 2013 | | |
| 2 | One DVD containing audios and videos, Al Jazeera, RT, Democracy Now, Fund Raiser, GorillaRadio.com, KPFA.org, etc. | | |
| 3 through 6 | reserved | | |
| 7 | excerpts from freebarrettbrown.org | | |
| 8 | 7/1/2013 article in The Guardian by Barrett Brown The Cyber-Intelligence Complex and Its Useful Idiots | | |

| 9 | 8/28/2013 article in Vice by Barrett Brown *Reading 'Born Again' in Jail* | | |
|---|---|---|---|
| 10 | 9/25/2012 article in DMagazine by Tim Rogers *Barrett Brown Writes a Letter From Jail* | | |
| 11 | 2/23/2013 article in WhoWhatWhy by Christian Stork *The Saga of Barrett Brown* | | |
| 12 | 3/20/2013 article in The Guardian by Ryan Gallagher *How Barrett Brown went from Anonymous PR to Federal Target* | | |
| 13 | 3/21/2013 article in The Guardian by Glenn Greenwald *The Persecution of Barrett Brown and How to Fight It* | | |
| 14 | 3/25/2013 article in Huffington Post by Vivien Weisman *Weev, the Hacker Who Didn't Hack* | | |
| 15 | 3/26/2013 article at Vice.com by Patrick McGuire *We Spoke to Barrett Brown From Prison* | | |
| 16 | 4/2/2013 article in The Guardian by Glenn Greenwald - follow up | | |
| 17 | 4/13/2013 article in New York Times by Peter Ludlow *Hactivists as Gadflies* | | |
| 18 | 5/2/2013 article in WhoWhatWhy by Christian Stork *Barrett Brown Update: New Defense Team, Feds Fish for Activists* | | |
| 19 | 5/14/2013 article in the Dallas Observer Blogs by Eric Nicholson *Is Anonymous Hactivist Barrett Brown a Journalist? His Supporters Say So.* | | |

| 20 | 6/18/2013 article in The Nation by Peter Ludlow *The Strange Case of Barrett Brown* | | |
|---|---|---|---|
| 21 | 6/21/2013 online transcript of interview of Peter Ludlow at scotthorton.org | | |
| 22 | 6/24/2013 online transcript of interview of Peter Ludlow at Gorilla Radio | | |
| 23 | 6/24/2013 article in The Guardian by Arun Bupta *How Barrett Brown Shone Light on the Murky World of Security Contractors* | | |
| 24 | 7/11/2013 online transcript of interview of Peter Ludlow at democracynow.org | | |
| 25 | 7/13/2013 article in The Guardian by Kevin Gallagher *Barrett Brown, Political Prisoner of The Information Revolution* | | |
| 26 | 6/23/2013 article in the Huffington Post by Peter Ludlow *Barrett Brown vs the Private Intelligence Business* | | |
| 27 | 7/31/2013 article in Huffington Post by Kevin Gallagher *Barrett Brown Awaits Trial on Spurious Charges in Texas* | | |
| 28 | 8/7/2013 article in WhoWhatWhy by Christian Stork *Connections Between Michael Hastings, Edward Snowden and Barrett Brown* | | |
| 29 | 8/11/2013 article in Huffington Post by Vivien Weisman *The Strange Case of Barrett Brown Just Got Stranger* | | |
| 30 | 8/13/2013 article in Salon by Natasha Lennard *The Government Wants Media Gag for Barrett Brown* | | |

| 31 | 8/26/2013 online transcript of interview of Peter Ludlow at KPFA.org | | |
|---|---|---|---|
| 32 | 8/28/2013 project summary of Reality Wars, A Documentary Film by Vivien Weisman from kickstarter.com | | |
| 33 | 9/29/2013 article in Rolling Stone by Alexander Zaitchik *Barrett Brown Faces 105 Years in Jail. But No One Can Figure Out What Law He Broke* | | |
| 34 | 6/27/2013 article in DMagazine by Tim Rogers *The One Story You Should Read About Barrett Brown* linking to EX#23 | | |
| 34 through 39 | reserved | | |
| 40 | screen shot ahmed ghappour @amadooooo twitter - retweet on 6/22/2013 6pm (reference EX#20 The Nation article) | | |
| 41 | screen shot ahmed ghappour @amadooooo twitter - tweet on 6/24/2013 9:16am (reference EX#23 The Guardian article) | | |
| 42 | screen shot ahmed ghappour @amadooooo twitter - tweet on 6/27/2013 (reference EX#34 DMagazine article) | | |
| 43 | screen shot ahmed ghappour @amadooooo twitter - retweet on 7/13/2013 1:31pm (reference EX#24 online transcript of interview) | | |
| 44 | screen shot ahmed ghappour @amadooooo twitter - tweet on 7/13/2013 1:31pm (reference EX#25 The Guardian article) | | |

| 45 | screen shot ahmed ghappour @amadooooo twitter - tweeted on 7/16/2013 8:32pm (see attached) | | |
|----|----|----|----|
| 46 | screen shot ahmed ghappour @amadooooo twitter - retweet on 7/18/2013 5:19pm (reference EX#13 The Guardian article) | | |
| 47 | screen shot ahmed ghappour @amadooooo twitter - tweet 8/12/2013 11:20am (reference EX#9) | | |
| 48 | screen shot ahmed ghappour @amadooooo twitter - tweet 8/16/2013 9:59pm (reference EX#33) | | |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

S/ Candina S. Heath
CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas  75242
Tel: 214.659.8600     Fax: 214.767.2846
candina.heath@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, I hand delivered this document to Brown's attorney of record Ahmed Ghappour.

S/ Candina S. Heath
CANDINA S. HEATH
Assistant United States Attorney